IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01940-LTB

JASON BROOKS,

        Applicant,

v.

MATTHEW HANSON, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

---

## JUDGMENT

---

        Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on August 8, 2018, it is hereby

        ORDERED that Judgment is entered in favor of Respondents and against

Applicant.

        DATED at Denver, Colorado, this 8 day of August, 2018.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/ A. *Garcia Garcia*
                                        Deputy Clerk